

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAVIN THADANI**
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani@law.nyc.gov

September 7, 2017

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: Lionel Pierre v. New York Police Department.
       17-CV-4657 (LDH) (LB)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter.[1] This office writes to respectfully inform the Court that it has received a courtesy copy of the complaint filed in the aforementioned matter that names the "New York Police Department" as the only defendant. As the "New York Police Department" is a non-suable entity, this office writes to advise the Court that it will take no action in this matter until a proper party is named and served. *See Jenkins v. City of New York*, 478 F.3d 76, 93 (2d Cir. 2007) ("The district court correctly noted that the NYPD is a non-suable agency of the City.").

  Thank you for your consideration herein.

---

[1] This case has been assigned to Assistant Corporation Counsel Miguel Contreras, who is presently awaiting admission to the bar and is handling this matter under my supervision. Mr. Contreras may be reached directly at (212) 356-2599.

- 2 -

                                                   Respectfully submitted,

                                                            /s/

                                                Kavin Thadani
                                                Senior Counsel

cc:     Lionel Pierre, *plaintiff pro se*
        224-21 Merrick Blvd. #1071
        Laurelton, NY 11413