★FILED★

Rec'd 9/21/17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

2017 SEP 20 PM 5:04

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

PieRRE LioNeL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NewYORK city Police
Department
Police officer SeAN Rocco

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

AMENDED Complaint for Violation of Civil Rights

(Non-Prisoner Complaint)

Case No. CV17-4657

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

SWSn

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lionel Pierre
Street Address: 224-21 Merrick Blvd #1071
City and County: Laurelton
State and Zip Code: NY 11413
Telephone Number: 646-246-5563
E-mail Address: Lucio96@yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: New York City Police department
Job or Title (if known): 
Street Address: 
City and County: 
State and Zip Code: 
Telephone Number: 
E-mail Address (if known): 

2

Defendant No. 2

    Name: Sean Rocco

    Job or Title (if known): Police officer of PBQ's Anti crime unit Tax Reg#937396

    Street Address:

    City and County: PBQ S Tax Reg# 937396

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Am suing For $3 Million For Falsely Arrest on November-21-2014 cost me 3 years Job loss and my NY Taxi Limousine Revoke suspended

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Am Suing because My Rights was violated By NewYork Police Deptment by officer Sean Rocco Tax Reg # 937396 was Humiliated

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On November-21-2014 Round 5:30PM on 230St/Merrick Blvd in Queens I was falsely Arrested with out Any crime or Warrant by NYPD Arrest # Q14672274

4

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

IN Laurelton Queens NY on NOV-21-2014 Round 5:30PM on 230 st/Merrick blvd I was falsely Arrest by NYPD officer Sean Rocco Tax Reg #937396

B. What date and approximate time did the events giving rise to your claim(s) occur?

on November-21-2014 Round 5:30PM on 230st/Merrick blvd was falsely Arrested by Police officer Sean Rocco Tax #937396

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

on November-21-2014 I was coming from a chase bank on Francis blvd and Merrick bl I was driving on my 2008 BMW on merrick I was waiting on the light on 230 st Police officer Sean Rocco was in the opposited side on in unmarked NYPD car officer Sean Rocco Tax Reg #937396 just pulled me over opened my driver side door and handcuffs me and took me to a different unmarked to 113 pct on 113 pct I was cursed by officer humiliated, terrify, I loss my job

5

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had suffered tight Handcuffs injury To my wrists still num in pain I spent all my time going To court, loss my Job No time To Really spent with my family spent 2 years going To court Humiliated Sad Embarassment I made several CCRB complaints Against NY police dept for Harrassment and New york city Police dept was engaged on misconduct

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Because of New york city Police dept and Police officer Sean Rocco False Arrest Am Suing For $3 Millions I Lost my Job my NY Taxi Limousine Revoked/suspend since November-21-2014 I Have 4 Kids and Family I can't No Longer Provide For them because of NYPD and officer Sean Rocco

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-20-, 2017

Signature of Plaintiff _Lionel R_____

Printed Name of Plaintiff  Lionel Pierre