AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Lionel Pierre )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1: 17-CV-4657 (LDH)(LB)
P.O. Sean Rocco )
_____ )
*Defendant* )

A M E N D E D
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

P.O. Sean Rocco
Tax ID # 937396
NYPD - 113th Precinct
167-02 Baisley Blvd.
Jamaica, NY 11434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) XXXXXX or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lionel Pierre
224-21 Merrick Blvd., # 1071
Laurelton, NY 11413

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 09/26/2017                    _____
                                    W. Latka-Mucha
                                    *Signature of Clerk or Deputy Clerk*