ORIGINAL
RECEIVED
OCT 0 3 2017
PRO SE OFFICE

October-3-2017

Plaintiff Prose 10-3-17
U.S. District Court
Eastern District of New York (Brooklyn)

Plaintiff    CV 17-4657

Lionel Pierre Prose CV-04657-LDH-LB

Defendant
P.O Sean Rocco Tax ID# 937396

Interested Party
City of New York
Represend By Kavin Suresh Thadani

To Honorable: Judge Lashawn DeArcy
Honorable Hall

To Honorable: Magistrate Judge
Honorable Lois Bloom

Your Honor

I Lionel Pierre the plaintiff Prose CV 17-4657.
I filled A Amended on September 20-2017 on 9-20-2017 on under §1983
My Rights was violated on November-21-14 I was Falsely Arrest by Police officer Sean Rocco ID# 937396 and the City of New York on 11-21-2014.
Now the clerk told me the sherriff was going to serve P.O Sean Rocco Tax Reg# 937396 Anticrime unit of PBQS
Today is october-3-2017 The sherriff and the clerk has not served officer Sean Rocco as yet