```
FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   OCT 18 2017   ★

BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LIONEL PIERRE,

                Plaintiff,

  -against-

P.O. SEAN ROCCO, *Tax ID 937396*,

                Defendants.
-------------------------------------------------------------------------X

**ORDER**
**17 CV 4657 (LDH)(LB)**

**BLOOM, United States Magistrate Judge:**

On October 6, 2017, the summons for defendant Sean Rocco was returned unexecuted. (ECF No. 13.) By letter dated October 17, 2017, the Assistant Corporation Counsel writes to provide the proper service address for defendant Rocco. (ECF No. 14.) The Clerk of Court shall issue a summons at the following address:

                Police Officer Sean Rocco
                One Police Plaza Rm. 110c
                New York, NY 10038

The United States Marshal Service is directed to serve the summons, the complaint (ECF No. 1), a copy of Judge DeArcy Hall's September 20, 2017 Order (ECF No. 9), and a copy of this Order without prepayment of fees on defendant at the address above.

SO ORDERED.

                                                  /S/ Judge Lois Bloom
                                                  _____
                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Dated: October 18, 2017
       Brooklyn, New York