UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIONEL PIERRE,

                Plaintiff,

   -against-

POLICE OFFICER SEAN ROCCO,
*Tax ID #937396 at 113th Precinct,*

                Defendant.
------------------------------------------------------------------X

**ORDER**
**17 CV 4657 (LDH)(LB)**

**BLOOM, United States Magistrate Judge:**

    Following the initial conference in this case, the Court issued an Order dated March 6, 2018 stating it would seek *pro bono* counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Despite the Court's diligent efforts over the course of the last several months, the Court has been unable to secure volunteer counsel to represent Plaintiff in this case. Plaintiff was previously advised that there is no right to counsel in a civil case, Guggenheim Capital, LLC v. Birnbaum, 722 F.3d 444, 453 (2d Cir. 2013), and the Court cannot require an attorney to take a civil case without a fee. Mallard v. U.S. Dist. Court, 490 U.S. 296 (1989). As such, this matter must proceed. The Court shall hold a status conference in this case on January 3, 2019 at 11 a.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East Brooklyn, NY 11201. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.
SO ORDERED.

                                                  /S/ Judge Lois Bloom
                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Dated: December 6, 2018
         Brooklyn, New York