RECEIVED
NOV 24 2021
PRO SE OFFICE

11-24-2021

US District Court
Eastern District of New York
Civil Docket For Case 17cv4657

Pierre vs New York Police Department
Assigned To Judge LAShann DeArcy Hall
Referred To Magistrate Judge Lois Bloom
Related case 19cv.00247

Plaintiff Pro se
Lionel Pierre

Defendant
P.O Sean Rocco
Tax ID # 937396 At 113 Pct

Plaintiff Pro se
Oppose of
Application for
cost sought
17cv 4657

Your Honor

Am The Plaintiff Pro se
Lionel Pierre Pro se upon The
Opposed the Defendants Request
of Bill of costs As the
Requests previously was dismissed
by the court.

Respectfully submitted
Lionel Pierre Plaintiff Pro se
11-24-2021